1

2

3

4

5

6

7

8

9                                    UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

11    HARRY WITTHAUER, et al.,                 )   CASE NO.: 4:12-cv-05937-YGR
                                               )
12                                             )   JUDGE: Hon. Yvonne Gonzalez Rogers
                     Plaintiffs,               )
13                                             )   **[PROPOSED] ORDER RE: STAY**
      vs.                                      )   **AND TIME FOR CORNERSTONE**
14                                             )   **BIOPHARMA, INC. AND**
      MCKESSON CORPORATION, et al.,            )   **CORNERSTONE BIOPHARMA**
15                                             )   **HOLDINGS, LLC TO RESPOND TO**
                     Defendants.               )   **COMPLAINT IF STAY IS LIFTED**
16                                             )
                                               )
17                                             )
                                               )
18   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾      )

19          The Court having ruled at the Case Management Conference held on

20   November 1, 2013 that the instant action has previously been and remains stayed until

21   further order of the Court lifting the stay, and good cause appearing,

22          IT IS HEREBY ORDERED THAT if the stay is hereafter lifted by the Court

23   and the case remains in this Court, Defendants Cornerstone Biopharma, Inc. and

24   Cornerstone BioPharma Holdings, LLC (formerly known as Cornerstone BioPharma

25   Holdings, Inc.) will each have twenty (20) days from the date on which plaintiffs'

26   counsel serves notice that the stay has been ordered lifted by the Court to respond to

27   the plaintiffs' Complaint, and each of said Defendants shall have no obligation to

28   respond to the plaintiffs' Complaint unless and until such notice has been served by

1  plaintiffs' counsel in accordance with this Order.  Such notice by plaintiffs' counsel

2  shall state the date on which the Court ordered that the stay is lifted and the effective

3  date that the stay is lifted.

4      IT IS FURTHER ORDERED THAT if the stay is hereafter lifted by the Court,

5  counsel for plaintiffs is to provide such notice to Kai Peters of Gordon & Rees LLP,

6  counsel for Cornerstone Biopharma, Inc. and Cornerstone BioPharma Holdings, LLC

7  (formerly known as Cornerstone BioPharma Holdings, Inc.), at 275 Battery Street,

8  Suite 2000, San Francisco, CA 94111.

9

10      IT IS SO ORDERED.

11

12  Dated:  December 4    , 2013

        Yvonne Gonzalez Rogers
        United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: STAY AND TIME FOR CORNERSTONE BIOPHARMA, INC. AND CORNERSTONE
BIOPHARMA HOLDINGS, LLC TO RESPOND TO COMPLAINT IF STAY IS LIFTED