# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRY D. WITTHAUER** *et al.*,<br>Plaintiff(s),<br>vs.<br>**MCKESSON CORPORATION** *et al.*,<br>Defendant(s). | Case No.: 12-CV-05937 YGR<br>**ORDER VACATING COMPLIANCE HEARING;**<br>**SETTING NEXT COMPLIANCE HEARING** |

Having reviewed the Joint Status Report filed by the parties on September 24, 2014 (Dkt. No. 107), the Court hereby **VACATES** the October 10, 2014 Compliance Hearing and **SETS** the next Compliance Hearing for **Friday, April 10, 2015** at **9:01 a.m.**

Five (5) business days prior to the date of the Compliance Hearing, Plaintiffs must file a Statement updating the Court on the status of the appellate proceedings. If the Statement has been timely filed, no appearance will be required and the Compliance Hearing will be taken off calendar. Telephonic appearances will be allowed if the statement has been submitted in a timely fashion and the Court deems the hearing necessary. Failure to do so may result in sanctions.

In addition, Plaintiffs shall file a notice of ruling when the Ninth Circuit has issued a ruling that terminates the appeal. Failure to file the Statement, appear at the Compliance Hearing, or file a notice that the Ninth Circuit has terminated the appeal may result in sanctions, including monetary sanctions or dismissal.

**IT IS SO ORDERED.**

Dated: October 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**